UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 24-4844-MWF(AGRx)**                                                      Date:  September 18, 2024

Title     *United African-Asian Abilities Club, et al. v. Mark Kornwasser, et al.*

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) SECOND ORDER TO SHOW CAUSE**

On August 19, 2024, the Court filed an Order to Show Cause re dismissal for lack of prosecution (the "OSC").  (Docket No. 10).  In response to the OSC, on September 9, 2024, Plaintiffs filed a Proof of Service for substituted service on Defendant Mark Kornwasser (the "POS").  (Docket No. 11).  The POS states that substituted service was completed on July 9, 2024, with mailing on July 10, 2024.  (*Id*. at 3).  Defendant's response to the Complaint was due on August 12, 2024.

The Court again **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 27, 2024**.

- By Defendant:  Response to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- By Plaintiffs:  Application to the Clerk to Enter Default as to properly served Defendant who has not timely responded to the Complaint.  If Plaintiffs apply for and the Clerk enters default, Plaintiffs must file a Motion for Default Judgment within FOURTEEN (14) calendar days of the entry of default.  Failure to timely file a Motion for Default Judgment will be deemed abandonment of this case and it will be dismissed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-4844-MWF(AGRx)**                                             Date:  September 18, 2024

Title           ***United African-Asian Abilities Club, et al. v. Mark Kornwasser, et al.***

      No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **September 27, 2024,** will result in the dismissal of this action.

      IT IS SO ORDERED.